UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEXTERA ENERGY SERVICES NEW JERSEY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STRATEGIC FUNDING ALTERNATIVES LLC, SFA 50 MILLSTONE ROAD, LLC, SFA LLC a/k/a SFA LLC II, JEFFREY SCHNEIDER, JOHN CAIRO, ABC COMPANIES 1–10 (fictitious entities), and JOHN DOES 1–10 (fictious individuals), <br><br> Defendants. | Civil Action No.: 1:25-cv-13284-ESK-EAP |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff, NextEra Energy Services New Jersey, LLC ("Plaintiff") states as follows:

Plaintiff's ultimate parent company is NextEra Energy, Inc., a publicly held corporation that owns 10% or more of Plaintiff's membership interest.

#4907-1476-4118 v2

Dated: July 29, 2025

*s/ David A. Haworth*
David Haworth, Esq.
Marcel Pratt, Esq.
Wendy Chiapaikeo, Esq.
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054-0015
Tel.:  856.761.3400
Fax:  856.761.1020
haworthd@ballardspahr.com
prattm@ballardspahr.com
chiapaikeow@ballardspahr.com

*Attorneys for Plaintiff, NextEra Energy Services New Jersey, LLC*