EXHIBIT 1



Vincent T. Cieslik
856.813.4144
vcieslik@capehart.com
Fax: 856.235.2786

January 14, 2026

**Via Electronic Mail (WLesser@cozen.com)**

William Lesser, Esq.
Cozen O'Connor
3 WTC, 175 Greenwich Street – 55th Floor
New York, NY 10007

> **Re:    NextEra Energy Services New Jersey LLC v. Strategic Funding Alternatives, LLC; SFA 50 Millstone Road, LLC; SFA LLC; Jeffrey Schneider and John Cairo**
> **Docket No. 1:25-cv-13284**
> **Our File No. 99932-73727**

Dear Mr. Lesser:

I represent Defendants, Strategic Funding Alternatives, LLC, SFA 50 Millstone Road, LLC, Jeffrey Schneider and John Cairo in the above-referenced matter.  We appreciate your response to the Subpoena issued to JCP&L.  I saw that NextEra's counsel provided some requests for clarification and/or documents which they sent to you via email.  I have some requests as well.  I want to make sure we have all documents requested and which relate to this dispute:

1.  All payments made by JCP&L to NextEra – NextEra contends that for many years they billed for your client's energy under what they term "Consolidated Billing".  They contend that they later switched to "Dual Billing" after a payment dispute.

    Did JCP&L receive any notice from NextEra of the switch to dual billing and if so, provide all correspondence and documents related to said communications?

2.  Generally speaking, I understand that under the Consolidated Billing approach, all payments made by your client's customer (my clients) would be paid to NextEra, and then NextEra's delivery/supply charges and/or compensation would be paid by JCP&L to NextEra.  Under the Dual Billing the energy providers and NextEra separately billed.  I want to make sure we have the following documents:

    Any contract between JCP&L and NextEra which relates to the billing, dual billing or consolidated billing;

    All payments made by JCP&L to NextEra during the time frame outlined in the Subpoena, regardless of whether they were made during or under Consolidated Billing or Dual Billing;

3.  I understand a billing dispute developed between my clients and JCP&L that was later resolved.  My clients advise that they have resolved the billing dispute and all payments to

January 14, 2026
Page 2

your client have been made.  I ask that you please confirm same and confirm that the accounts are in good standing and not in default?

Also, following receipt of those payments, did JCP&L make any payments to NextEra?  If so, on what dates and in what amounts?  In other words, did JCP&L make payments to NextEra following the payments made by my clients, after they "caught up" and/or made any allegedly delinquent or overdue payments.

4.  Any information you have on the cause of the billing dispute and/or confusion over the name of the customer and/or purchaser of energy on the accounts?

5.  NextEra alleges in the Complaint that as of July of 2025 "electricity charges" were owed by my clients in the following amounts: $408,485.69 (allegedly owed by SFA); $644,290.24 (allegedly owed by Strategic Funding) and $2345,934.11 (allegedly owed by "SFA 50").  Please verify and provide any documents in JCP&L's possession which can either confirm or refute those statements.

6.  Account Statements for each account – the name of the customer on the account, and any identifying number accompanying the account.  Please also verify whether any of the accounts were in the name of John Cairo or Jeffrey Schneider individually or personally?  Provide any documentation showing how the contracts were set up at JCP&L and who arranged for the accounts to be formed in such a fashion?

    JCP&L received payments on these accounts for years.  From whom were those payments made?  Did it receive any payments from Mr. Schneider or Mr. Cairo personally, or were all payments made through an "SFA" entity i.e., Laurel Oak Road, LLC?

7.  NextEra claims in this case that they attempted to verify the debt, but that JCP&L refused to give them access to the bills and payments.  Please provide any records showing any request by NextEra or their law firm to verify the bills or payments.  Provide any response by JCP&L.

8.  Verify whether JCP&L presently owes any payment or compensation to NextEra for any of my client's payments or accounts?  If so, in what amount and if you know why that was not paid please state same.

January 14, 2026
Page 3


       I may have other questions which arise from my review of the voluminous production and reserve the right to contact you regarding same as those questions arise.  We appreciate your cooperation and attention to this matter.

                    Sincerely,
                    **CAPEHART & SCATCHARD, P.A.**

                    *Vincent T. Cieslik*
                    Vincent T. Cieslik

VTC/mmf
15524337
David A. Haworth, Esq. (HaworthD@ballardspahr.com)
Wendy Chiapaikeo, Esq. (chiapaikeow@ballardspahr.com)
Jeffrey Schneider (via electronic mail)
John Cairo (via electronic mail)